**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Isidro Marquez,

Plaintiff(s),

v.

Crana Services, LLC et al,

Defendant(s).

Case No. 17 CV 2248
Judge Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Isidro Marquez, individually, and against Defendants Crana Services, LLC, and Simon G. Bradley, in the amount of $13,700.00, inclusive of attorney fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☒ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 7/6/2017                              Thomas G. Bruton, Clerk of Court

                                            Lakisha C. Williams, Deputy Clerk