IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIDRO MARQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:17-cv-2248 |
| v. | ) |
| | ) Honorable Gary Feinerman |
| CRANA SERVICES, LLC, and | ) |
| SIMON G. BRADLEY, | ) Magistrate Judge Mary M. Rowland |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION PURSUANT
TO FRCP RULE 60(b)(5) FOR RELIEF FROM A JUDGMENT OR ORDER**

Defendants, Crana Services, LLC and Simon G. Bradley (collectively "Defendants"), by and through their attorneys, Paul A. Greco, Margherita M. Albarello and Peter M. Follenweider of Di Monte & Lizak, LLC, respectfully move pursuant to FRCP 60(b)(5) and bring this motion requesting this Court to enter an order releasing the judgment entered on July 6, 2017, and in support, Defendants state as follows:

**Introduction**

1. On July 6, 2017, this Court entered an Order (Dkt. #20) in favor of Plaintiff Isidro Marquez ("Marquez") in Case No. 1:17-cv-2248.

2. Between August 22 and August 29, 2017, the Parties executed a Settlement Agreement in which Defendants paid the judgment in full. A copy of the Settlement Agreement is attached hereto as Exhibit A.

3. The Defendants have paid and the Plaintiff has accepted payment in the amount of $13,700.00 as full and complete satisfaction of the judgment. A copy of the payments sent to Plaintiff and his counsel on August 30, 2017 are attached hereto as Exhibit B.

## Legal Standard

4. Federal Rule of Civil Procedure 60 authorizes the court to set aside or vacate judgments for any reason if the Court believes vacating the judgment is appropriate in order to accomplish justice. *See Klapprott vs. US*, 335 U.S. 601, 608 and 609, 69 S.Ct. 384, 388 (1949).

5. Under Rule 608(b), a court may vacate its previous judgment for a variety of reasons including satisfaction of judgment. *See Scott vs. Bender*, 948 F. Supp. 2nd 859 (2013).

6. The resolution of a Rule 69 motion is committed to the sound discretion of the Court. *See Id.* at 864-65.

## Argument

7. Rule 60 was designed to address special circumstances and not erroneous applications of the court. *Id.*

8. In the present case, Defendants are not contesting the judgment, nor are they stating the court made an erroneous application of the law. They are seeking to have the judgment which they have satisfied vacated.

9. Rule 60(b)(5) allows the court upon satisfaction of a judgment to vacate said judgment. *See Id.*

10. Therefore, entry of a judgment pursuant to Rule 60(b)(5) is appropriate.

## Conclusion

11. Based on the foregoing, Defendants request that this Court vacate the judgment entered on July 6, 2017 against Crana Services, LLC and Simon G. Bradley based on satisfaction of the judgment.

Respectfully submitted,

Crana Services, LLC and Simon G. Bradley

By: _____
One of Their Attorneys

Margherita M. Albarello - ARDC #6187375
Paul A. Greco - ARDC #6229350
Peter M. Follenweider - ARDC #6307796
Di Monte & Lizak, LLC
216 Higgins Road
Park Ridge, Illinois 60068
847/698-9600
pgreco@dimontelaw.com
Malbarello@dimontelaw.com
pfollenweider@dimontelaw.com

L:\C\CRANA2 (Isidro Marquez)\CRANA2-2\Motion 08 30 2017.wpd