## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Isidro Marquez

                        Plaintiff,

v.                                        Case No.: 1:17–cv–02248
                                                       Honorable Gary Feinerman

Crana Services, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff has informed Chambers that he does not oppose 21. Defendants' motion pursuant to FRCP Rule 60(b)(5) for relief from a judgment or order [21] is granted. The 7/6/2017 judgment [20] is vacated. This case remains closed.Motion hearing set for 9/14/2017 [22] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.